UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:11-CV-22-BR

| | | |
|---|---|---|
| OWEN HARTY, | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| BIGGS PARK, INC. | ) | |

The undersigned hereby RECUSES himself from further participation in this case. The clerk is DIRECTED to reassign the case to another judge.

This 21 January 2011.

_____
W. Earl Britt
Senior U.S. District Judge