IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO. 7:11-CV-00022-F

OWEN HARTY, individually,

    Plaintiff,

v.

BIGGS PARK, INC., a North Carolina Corporation,

    Defendant.

## ORDER GRANTING DEFENDANT'S CONSENT MOTION FOR STAY

This matter is before the Court on the Defendant Biggs Park, Inc.'s ("Biggs Park") consent motion for a sixty (60) day stay of this action. For good cause shown, it is hereby ORDERED that this action is stayed for sixty (60) days beginning as of February 17, 2011 and ending on April 18, 2011. The deadline for Biggs Park to file its answer, defenses or any motion pursuant to Rule 12 of the Federal Rules of Civil Procedure; the Parties' disclosure and discovery obligations pursuant to the pretrial procedure and discovery requirements of the local rules, Federal Rule of Civil Procedure 26, and under any pretrial scheduling order of this Court; and, any other deadline in this case are stayed during this period.

This the 22nd day of February, 2011.

_____
UNITED STATES DISTRICT COURT

PPAB 1779673v1