IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO. 7:11-CV-00022-F

OWEN HARTY, individually,

    Plaintiff,

v.

BIGGS PARK, INC., a North Carolina Corporation,

    Defendant.

## ORDER GRANTING CONSENT MOTION TO EXTEND STAY OF THIS ACTION FOR AN ADDITIONAL 20 DAYS

This matter is before the Court on the Defendant's consent motion to extend the previously-issued stay of this action for an additional twenty (20) days, or to and including May 8, 2011. For good cause shown, Defendant's consent motion is GRANTED and it is hereby ORDERED that the previously-issued stay is extended for an additional twenty (20) days, or to and including May 8, 2011.

    This the _13th_ day of April, 2011.

                                    _/s/ James C. Fox_
                                    JAMES C. FOX
                                    SENIOR UNITED STATES DISTRICT JUDGE