UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

OWEN HARTY,                         )
          Plaintiff,              )
                                    )
v.                                  )     **JUDGMENT**
                                    )
                                    )     No. 7:11-CV-22-F
BIGGS PARK, INC.,                   )
          Defendant.              )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Biggs Park's motion to dismiss [DE-18] is ALLOWED and this case is DISMISSED. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on August 26, 2014, and Copies To:**

Christopher D. Lane (CM/ECF Notice of Electronic Filing)
Catherine B. Arrowood (CM/ECF Notice of Electronic Filing)
Scott E. Bayzle (CM/ECF Notice of Electronic Filing)

DATE                                JULIE A. RICHARDS, CLERK

August 26, 2014                     /s/ Jacqueline B. Grady

                                                  (By) Jacqueline B. Grady, Deputy Clerk